FILED

09 OCT 19 AM 10: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09 CV 2230 JM WMc |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER APPOINTING BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES AS CUSTODIAN |
| ONE GLOCK GMBH 9 CALIBER 19 PISTOL, SERIAL NO. BFD862US, | ) | |
| Defendant. | ) | |

Upon a motion by Plaintiff, United States of America, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is appointed custodian of the defendant firearm that was seized in this case pursuant to the warrant of arrest in rem issued by this Court.

IT IS FURTHER ORDERED that the ATF will maintain the defendant firearm in a facility which will ensure its continued preservation until this Court orders its disposal.

DATED: 10/15/09

_____
UNITED STATES DISTRICT JUDGE