# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            V.

ONE GLOCK GMBH 9 CALIBER 19
PISTOL, SERIAL NO. BFD862US,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2230-JM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the United States of America................................................................
................................................................................................................................................................

| January 28, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON January 28, 2010

09cv2230-JM(WMC)